GRACE H. GRIFFIN, Appellant, v. WILLIAM H. GRIFFIN, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

OSCAR L. FOLEY, Respondent, v. BERNARD KARP, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RICHARD S. WALSH, Respondent, v. LORETTO HUGHES WALSH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOLLIE ZUPRUK, Respondent, v. JULIUS RIEDLER, Appellant.— Order modified by requiring that plaintiff pay all taxable costs to date, including ten dollars costs of motion at Special Term, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY A. BAINBRIDGE, Respondent, v. GEORGE E. CHISOLM, as Executor and Trustee, etc., of MARY ANN CHISOLM, Deceased, and Another, Defendants, Impleaded with FREDERICK A. M. SCHIEFFELIN, as Trustee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the CITY SERVICE MUTUAL CASUALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JESSIE L. LEDERER, Respondent, v. LEON DE COSTA and Another, Defendants, Impleaded with ARCH PRODUCTIONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX SOBEL, Appellant, v. CHARLS SACKS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CAROLINE DOELGER, Appellant, v. JACOB HOFFMAN BREWING COMPANY, Respondent, Impleaded with Another, Defendant.— Order reversed, without costs, and motion granted on payment by appellant of all taxable costs to date and ten dollars costs of motion to the defendant Jacob Hoffman Brewing Company within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.